972 F.2d 1332
 Nicholson (Jesse H., Jr.)
v.
Hawk (Barry), Foulwer (Lt.), Haley (Capt. R.), Dixon
(George), Watson (Lt.), Grate (Stephen), Redman (Walter),
Watson (Robert), Calloway (Mary E.), Matthews (Michael),
Stevenson (Jack), Robinson (Dr.), Carr (Dr.), Alexander (Dr.
Margaret), Cole (Erick), Finn (Dr.)
 NO. 92-7036
 United States Court of Appeals,
Third Circuit.
 July 21, 1992
 
 Appeal From: D.Del.,
 Latchum, J.
 
 
 1
 AFFIRMED.